JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ann Palmieri, et al.<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc., et al.<br><br>Defendants. | Case No.  CV 15-07252-AB (FFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

  THE COURT having been advised by counsel that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 24, 2017    _____
                HONORABLE ANDRÉ BIROTTE JR.
                UNITED STATES DISTRICT JUDGE